IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. _____ ) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) |
| Defendant. | ) ) |

### PLAINTIFF'S FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Elan Corporation, plc hereby states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
 *Attorneys for Plaintiff*
 *Elan Corporation, plc*

September 14, 2007