AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

ELAN CORPORATION, PLC,
                    Plaintiff,

                                              **SUMMONS IN A CIVIL CASE**

                    V.

TEVA PHARMACEUTICALS USA, INC.,
                    Defendant.

                    CASE NUMBER:  — 0 7 — 5 5 2

TO: (Name and address of Defendant)

Teva Pharmaceuticals USA, Inc.
c/o Corporate Creations Network, Inc.
3411 Silverside Road
Rodney Building #104
Wilmington, DE  19810

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

| | |
|---|---|
| CLERK | DATE  9/14/07 |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | September 17, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas Lyle | Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by hand delivery of a copy of the Summons and Complaint to Teva Pharmaceuticals USA, Inc. c/o Corporate Creations Network, Inc., 3411 Silverside Road, Rodney Building #104, Wilmington, DE 19810

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    9/17/07
    Date

    Thomas Lyle
    *Signature of Server*

    800 King St Wilm, DE 19801
    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.