IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-552 (SLR) |
| v. | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND ORDER

Elan Corporation, PLC (the "Plaintiff") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for Teva to answer, move, plead or otherwise respond to the Complaint in this action shall be extended to November 9, 2007. The undersigned law firm of Stevens & Lee, P.C. also hereby enter its appearance on behalf of the Defendant.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: *Jack B. Blumenfeld*  with permission
Jack B. Blumenfeld (No. 1014)
Maryellen Noreika (No. 3208)
Richard J. Bauer (No. 4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: (302) 658-9200

*Attorneys for Plaintiff*

STEVENS & LEE, P.C.

By: *Thomas G. Whalen Jr.*
Joseph Grey (No. 2358)
Thomas G. Whalen, Jr. (No. 4034)
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 654-5180

*Attorneys for Defendant*

**SO ORDERED, this ___ day of October, 2007**

_____, **Judge**

**CERTIFICATE OF SERVICE**

I, Thomas G. Whalen, Jr., hereby certify that, on this 4th day of October, 2007, and in addition to the service provided by the Court's CM/ECF system, true and correct copies of the following Stipulation and Order were served by first class United States mail, postage prepaid, upon counsel at the following addresses:

> Jack B. Blumenfeld (No. 1014)
> Maryellen Noreika (No. 3208)
> Richard J. Bauer (No. 4828)
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

_____
Thomas G. Whalen, Jr.