IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 07-552-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFFS' AMENDED FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Elan Corporation, plc states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock; and Plaintiff Elan Pharma International Ltd. states that it is a subsidiary of Elan Corporation, plc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
 *Attorneys for Plaintiffs*
 *Elan Corporation, plc and*
 *Elan Pharma International Ltd.*

October 15, 2007
1267648

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

        Thomas G. Whalen, Jr., Esquire
        STEVENS & LEE

I further certify that I caused to be served copies of the foregoing document on October 15, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Thomas G. Whalen, Jr., Esquire<br>STEVENS & LEE, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)