IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>      Plaintiffs<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>      Defendant. | )<br>)<br>)  Civil Action No. 07-552-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TEVA PHARMACEUTICALS USA, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    Teva Pharmaceuticals USA, Inc. is owned 100% by Orvet UK Unlimited, which in turn is owned 100% by Teva Pharmaceuticals Europe B.V., which in turn is owned 100% by Teva Pharmaceutical Industries Ltd.

    Teva Pharmaceutical Industries Ltd. is the only publicly-traded company in the ownership chain of Teva Pharmaceuticals USA, Inc. No publicly held corporation owns 10% or more of Teva Pharmaceutical Industries Ltd.'s stock.

Dated: November 9, 2007

                                      Joseph Grey (No. 2358)
                                      Thomas G. Whalen, Jr. (No. 4034)
                                      STEVENS & LEE, P.C.
                                      1105 N. Market Street, 7th Floor
                                      Wilmington, DE 19801
                                      Tel: (302) 654-5180
                                      Fax: (302) 654-5181
                                      E-mail: jg@stevenslee.com
                                                   tgw@stevenslee.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

SL1 764787v1/030421.00185

Of Counsel:
Mark D. Schuman
Jeffer Ali
Samuel T. Lockner
Sarah M. Stensland
Merchant & Gould PC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

*Attorneys for Defendant*
*TEVA Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

I, Thomas G. Whalen, Jr., hereby certify that, on this 9th day of November, 2007, and in addition to the service provided by the Court's CM/ECF system, true and correct copies of the following Defendant's Rule 7.1 Corporate Disclosure was served by first class United States mail, postage prepaid, upon counsel at the following addresses:

>Jack B. Blumenfeld, Esquire
>Maryellen Noreika, Esquire
>Richard J. Bauer, Esquire
>Morris, Nichols, Arsht & Tunnell, LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347

Thomas G. Whalen, Jr.

SL1 764787v1/030421.00185