**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br>　　　　　Plaintiffs <br>v. <br><br>TEVA PHARMACEUTICALS USA, INC. <br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) )  　Civil Action No. 07-552-SLR |

**NOTICE OF SUBSTITUTION**

PLEASE TAKE NOTICE that the law firm of Merchant & Gould PC hereby withdraws its appearance in this action on behalf of Defendant Teva Pharmaceuticals USA, Inc. ("Teva") and the firm Carlson, Caspers, Vandenburgh & Lindquist hereby enters its appearance on behalf of Teva.

Dated: January 7, 2008　　　　　　　　　　　　STEVENS & LEE, P.C.

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Joseph Grey*
　　　　　　　　　　　　　　　　　　　　　　　Joseph Grey (No. 2358)
　　　　　　　　　　　　　　　　　　　　　　　Thomas G. Whalen, Jr. (No. 4034)
　　　　　　　　　　　　　　　　　　　　　　　1105 N. Market Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　Tel: (302) 654-5180
　　　　　　　　　　　　　　　　　　　　　　　Fax: (302) 654-5181
　　　　　　　　　　　　　　　　　　　　　　　E-mail: jg@stevenslee.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　tgw@stevenslee.com

Mark D. Schuman
Jeffer Ali
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
TEL: (612) 436-9600
FAX: (612) 436-9605
E-MAIL: jali@ccvl.com
*Attorneys for Defendant TEVA Pharmaceuticals USA, Inc.*

**CERTIFICATE OF SERVICE**

I, Joseph Grey, hereby certify that, on this 7th day of January, 2008, and in addition to the service provided by the Court's CM/ECF system, true and correct copies of the foregoing Notice were served by first class United States mail, postage prepaid, upon counsel for the Plaintiff at the following address:

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Richard J. Bauer, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*/s/ Joseph Grey*
Joseph Grey