**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

ELAN CORPORATION, PLC and          )
ELAN PHARMA INTERNATIONAL LTD.,    )
                                   )          Civil Action No. 07-552-SLR
            Plaintiffs             )
                                   )
v.                                 )
                                   )
TEVA PHARMACEUTICALS USA, INC.     )
                                   )
            Defendant.             )
_____)

## APPLICATION FOR ORAL ARGUMENT

Pursuant to Rule 7.1.4 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Defendant Teva Pharmaceuticals USA, Inc. hereby requests oral argument with respect to the Plaintiffs' Motion to Dismiss Counts III and VI of Defendant's Counterclaim and to Strike Defendant's Third and Sixth Affirmative Defenses.

Dated:  January 7, 2008                STEVENS & LEE, P.C.


                                        _/s/ Joseph Grey_____
                                       Joseph Grey (No. 2358)
                                       Thomas G. Whalen, Jr. (No. 4034)
                                       1105 N. Market Street, 7th Floor
                                       Wilmington, DE 19801
                                       Tel: (302) 654-5180
                                       Fax: (302) 654-5181
                                       E-mail: jg@stevenslee.com
                                            tgw@stevenslee.com

Mark D. Schuman
Jeffer Ali
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, MN  55402
TEL:  (612) 436-9600
FAX:  (612) 436-9605
E-MAIL:  jali@ccvl.com
*Attorneys for Defendant TEVA Pharmaceuticals USA, Inc.*

SL1 775984v1/030421.00185

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph Grey, hereby certify that, on this 7th day of January, 2008, and in addition to the service provided by the Court's CM/ECF system, true and correct copies of the foregoing Application for Oral Argument were served by first class United States mail, postage prepaid, upon counsel for the Plaintiff at the following address:

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Richard J. Bauer, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347


                                   */s/ Joseph Grey*
                                   Joseph Grey