**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>        Plaintiffs<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>        Defendant. | Civil Action No. 07-552-SLR |

## RESPONSE TO MOTION TO CONSOLIDATE

Defendant Teva Pharmaceuticals USA, Inc., by and though its undersigned counsel, hereby advises that it does not object to the relief requested in the Plaintiff's Motion to Consolidate. [Docket Entry No. 16] However, no proposed order was attached to the Motion and Defendant reserves the right to object to any form of order which Plaintiff may file with the Court.

Dated: January 16, 2008

STEVENS & LEE, P.C.

   /s/ Joseph Grey
Joseph Grey (No. 2358)
Thomas G. Whalen, Jr. (No. 4034)
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 654-5180
Fax: (302) 654-5181
E-mail: jg@stevenslee.com
       tgw@stevenslee.com

Mark D. Schuman
Jeffer Ali
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, MN  55402
TEL:  (612) 436-9600
FAX:  (612) 436-9605
E-MAIL:  jali@ccvl.com
*Attorneys for Defendant TEVA Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 16th day of January, 2008, and in addition to the service provided by the Court's CM/ECF system, true and correct copies of the foregoing Response to Motion for Consolidation were served by first class United States mail, postage prepaid, upon counsel for the Plaintiff at the following address:

> Jack B. Blumenfeld, Esquire
> Maryellen Noreika, Esquire
> Richard J. Bauer, Esquire
> Morris, Nichols, Arsht & Tunnell, LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph Grey
　　　　　　　　　　　　　　　　　　　　　　　　Joseph Grey