IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION PLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 07-552-SLR |
| ) | |
| TEVA PHARMACEUTICALS USA, INC.,) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 21st day of February, 2008,

IT IS ORDERED that oral argument shall be conducted on **Friday, March 7, 2008** on the pending motion to dismiss (D.I. 12), commencing at **9:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side shall have twenty (20) minutes to present argument.

　　　　　　　　　　　　　　　　　　　　　_/s/ Sue L. Robinson_
　　　　　　　　　　　　　　　　　　　　　United States District Judge