IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-552 (SLR)<br>CONSOLIDATED |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.<br><br>Plaintiffs,<br><br>v.<br><br>INTELLIPHARMACEUTICS CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-603 (SLR) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-679 (SLR) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-736 (SLR) |

## PLAINTIFFS' AMENDED REPLY TO DEFENDANT
## TEVA PHARMACEUTICALS USA, INC.'S COUNTERCLAIMS

Plaintiffs Elan Corporation, plc and Elan Pharma International Ltd. (collectively "Elan"), for their Amended Reply to the numbered paragraphs of the Counterclaims of Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), hereby state as follows:

### PARTIES

1. Admitted, upon information and belief.

2. Admitted.

3. Admitted.

### JURISDICTION

4. Admitted that Teva purports to state declaratory judgment counterclaims that arise under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.* and the Food and Drug Laws of the United States, 21 U.S.C. § 355, and that this Court has jurisdiction over these counterclaims under 28 U.S.C. §§ 1331 and 1338(a), but denied that there is any factual or legal basis for these counterclaims.

### FACTUAL BACKGROUND

5. Admitted.

6. Admitted, assuming that Teva intended to refer to the '398 patent.

7. Admitted, upon information and belief.

8. Admitted that Teva sent a notice letter relating to ANDA No. 78-908 dated August 3, 2007 that purported to include a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) and that Elan received that letter. Except as expressly admitted, Plaintiffs deny the averments of Paragraph 8.

2

## REPLY TO COUNT I

9. Plaintiffs repeat and incorporate their reply to Paragraphs 1-8.

10. Denied.

## REPLY TO COUNT II

11. Plaintiffs repeat and incorporate their reply to Paragraphs 1-10.

12. Denied.

## REPLY TO COUNT III

13. Plaintiffs repeat and incorporate their reply to Paragraphs 1-12.

14. Denied.

15. Admitted that a paper entitled "Petition for Accelerated Examination," which speaks for itself, was filed in June 2000 on behalf of the patent applicants during prosecution of the '398 patent. Except as expressly admitted, Plaintiffs deny the averments of Paragraph 15.

16. Denied.

17. Denied.

18. Denied.

## REPLY TO COUNT IV

19. Plaintiffs repeat and incorporate their reply to Paragraphs 1-18.

20. Denied.

## REPLY TO COUNT V

21. Plaintiffs repeat and incorporate their reply to Paragraphs 1-20.

22. Denied.

## REPLY TO COUNT VI

23. Plaintiffs repeat and incorporate their reply to Paragraphs 1-22.

24. Admitted.

25. Denied.

## REPLY TO TEVA'S PRAYER FOR RELIEF

WHEREFORE, Plaintiffs deny that Teva is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs further deny each allegation in Teva's Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Amended Reply to Defendant Teva Pharmaceuticals USA, Inc.'s Counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
rbauer@mnat.com
 *Attorneys for Plaintiffs*
 *Elan Corporation, plc and*
 *Elan Pharma International Ltd.*

March 24, 2008
1823493

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>   Joseph Grey, Esquire
>   Thomas G. Whalen, Jr., Esquire
>   STEVENS & LEE, P.C.
>
>   Frederick L. Cottrell, III, Esquire
>   Steven J. Fineman, Esquire
>   RICHARDS, LAYTON & FINGER
>
>   David J. Margules, Esquire
>   BOUCHARD MARGULES & FRIEDLANDER, P.A.
>
>   John C. Phillips, Jr., Esquire
>   Brian E. Farnan, Esquire
>   PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused to be served copies of the foregoing document on March 24, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Joseph Grey, Esquire<br>Thomas G. Whalen, Jr., Esquire<br>STEVENS & LEE, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mark D. Schuman, Esquire<br>Jeffer Ali, Esquire<br>CARLSON, CASPERS, VANDENBURGH<br>  & LINDQUIST<br>225 South Sixth Street<br>Suite 3200<br>Minneapolis, MN 55402 | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

| | |
|---|---|
| James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| David J. Margules, Esquire<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Francis H. Morrison, III, Esquire<br>Jonathan A. Harris, Esquire<br>Matthew J. Becker, Esquire<br>James Mahanna, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06103-3702 | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  1986 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Samuel S. Park, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | *VIA ELECTRONIC MAIL* |

Richard J. Bauer (#4828)