## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD., | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No. 07-552-SLR |
| TEVA PHARMACEUTICALS USA, INC., | : | |
| Defendant. | : | |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD., | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No. 07-603-SLR |
| INTELLIPHARMACEUTICS<br>CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC., | : | |
| Defendants. | : | |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD., | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No. 07-679-SLR |
| ACTAVIS SOUTH ATLANTIC LLC, | : | |
| Defendant. | : | |

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., | : : : |
| Plaintiffs, | : : |
| v. | :  C. A. No. 07-736-SLR |
| BARR LABORATORIES, INC., | : : : |
| Defendant. | : : |

## ORDER

At Wilmington this **4th** day of **April, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, March 16, 2009 at 2:00 p.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in ADR. **Jack B. Blumenfeld, Esquire shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE