IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs <br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. <br><br> Defendant. | Civil Action No. 07-552-SLR |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Joseph Grey, a member of the Bar of this Court, acting pursuant to Rule 83.5 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, hereby moves for the admission *pro hac vice* of Sarah M. Stensland, Esquire, of the law firm Carlson, Caspers, Vandenburgh & Lindquist at 225 South Sixth Street, Suite 3200, Minneapolis, MN 55402 to represent the Defendant Teva Pharmaceuticals USA, Inc. in this action.

Dated: April 18, 2008

STEVENS & LEE, P.C.

_____
Joseph Grey (No. 2358)
Thomas G. Whalen, Jr. (No. 4034)
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 654-5180
Fax: (302) 654-5181
E-mail: jg@stevenslee.com
        tgw@stevenslee.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED

Pursuant to Local Civil Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, I am admitted, practicing, and in good standing as a member of the <u>United States District Court for the District of Minnesota</u> and, pursuant to Local Civil Rule 83.6, I submit to the jurisdiction of the United States District Court for the District of Delaware for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify that I am generally familiar with the Rules of this Court. In accordance with the Local Rules and applicable orders, a $25.00 fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

Date: April 14, 2008

/s/ Sarah M. Stensland
Sarah M. Stensland
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
TEL: (612) 436-9600
FAX: (612) 436-9605
E-MAIL: sstensland@ccvl.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that the foregoing motion for admission *pro hac vice* is granted.

Date: _____      _____
Sue L. Robinson
United States District Judge

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 18th day of April, 2008, and in addition to the service provided by the Court's CM/ECF system, true and correct copies of the foregoing Motion for Admission were served by first class United States mail, postage prepaid, upon counsel for the Plaintiff at the following address:

> Jack B. Blumenfeld, Esquire
> Maryellen Noreika, Esquire
> Richard J. Bauer, Esquire
> Morris, Nichols, Arsht & Tunnell, LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

Joseph Grey