IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>                  Plaintiffs,<br><br>     v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>                  Defendant. | C.A. No. 07-552 (SLR)<br>CONSOLIDATED |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.<br><br>                  Plaintiffs,<br><br>     v.<br><br>INTELLIPHARMACEUTICS CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.<br><br>                  Defendants. | C.A. No. 07-603 (SLR) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>                  Plaintiffs,<br><br>     v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>                  Defendant. | C.A. No. 07-679 (SLR) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>                  Plaintiffs,<br><br>     v.<br><br>BARR LABORATORIES, INC.,<br><br>                  Defendant. | C.A. No. 07-736 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *1) Elan's First Set of Requests for the Production of Documents and Things to Teva Pharmaceuticals USA, Inc.; 2) Elan's First Set of Interrogatories to Teva Pharmaceuticals USA, Inc.; 3) Elan's First Set of Requests for the Production of Documents and Things to Intellipharmaceutics Corporation, Intellipharmaceutics Ltd. and Par Pharmaceutical, Inc. 4) Elan's First Set of Interrogatories to Intellipharmaceutics Corporation, Intellipharmaceutics Ltd. and Par Pharmaceutical, Inc.; 5) Elan's First Set of Requests for the Production of Documents and Things to Actavis South Atlantic LLC; 6) Elan's First Set of Interrogatories to Actavis South Atlantic LLC; 7) Elan's First Set of Requests for the Production of Documents and Things to Barr Laboratories, Inc.; and 8) Elan's First Set of Interrogatories to Barr Laboratories, Inc.* were caused to be served on April 21, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Joseph Grey, Esquire<br>Thomas G. Whalen, Jr., Esquire<br>STEVENS & LEE, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL<br>and HAND DELIVERY |
| Mark D. Schuman, Esquire<br>Jeffer Ali, Esquire<br>CARLSON, CASPERS, VANDENBURGH<br>  & LINDQUIST<br>225 South Sixth Street<br>Suite 3200<br>Minneapolis, MN 55402 | VIA ELECTRONIC MAIL |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL<br>and HAND DELIVERY |

| | |
|---|---|
| James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| David J. Margules, Esquire<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Francis H. Morrison, III, Esquire<br>Jonathan A. Harris, Esquire<br>Matthew J. Becker, Esquire<br>James Mahanna, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06103-3702 | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  1986 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Samuel S. Park, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | *VIA ELECTRONIC MAIL* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Richard J. Bauer*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*

April 21, 2008

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Joseph Grey, Esquire
>Thomas G. Whalen, Jr., Esquire
>STEVENS & LEE, P.C.

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER

>David J. Margules, Esquire
>BOUCHARD MARGULES & FRIEDLANDER, P.A.

>John C. Phillips, Jr., Esquire
>Brian E. Farnan, Esquire
>PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused to be served copies of the foregoing document on April 21, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Joseph Grey, Esquire<br>Thomas G. Whalen, Jr., Esquire<br>STEVENS & LEE, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mark D. Schuman, Esquire<br>Jeffer Ali, Esquire<br>CARLSON, CASPERS, VANDENBURGH<br>  & LINDQUIST<br>225 South Sixth Street<br>Suite 3200<br>Minneapolis, MN  55402 | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

| | |
|---|---|
| James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| David J. Margules, Esquire<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Francis H. Morrison, III, Esquire<br>Jonathan A. Harris, Esquire<br>Matthew J. Becker, Esquire<br>James Mahanna, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06103-3702 | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  1986 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Samuel S. Park, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | *VIA ELECTRONIC MAIL* |

*/s/ Richard J. Bauer*

Richard J. Bauer (#4828)

2