IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN CORPORATION PLC and ELAN PHARMA INTERNATIONAL LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-552-SLR (CONSOLIDATED) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) | |
| ELAN CORPORATION PLC and ELAN PHARMA INTERNATIONAL LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-603-SLR |
| INTELLIPHARMACEUTICS CORP., INTELLIPHARMACEUTICS LTD., and PAR PHARMACEUTICAL, INC. | ) ) ) ) | |
| Defendants. | ) | |
| ELAN CORPORATION PLC and ELAN PHARMA INTERNATIONAL LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-679-SLR |
| ACTAVIS SOUTH ATLANTIC LLC, | ) ) | |
| Defendant. | ) | |
| ELAN CORPORATION PLC and ELAN PHARMA INTERNATIONAL LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-736-SLR |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) | |

NOTICE OF SUBSTITUTION
AND WITHDRAWAL OF DELAWARE COUNSEL

Pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware:

(1) The following attorneys hereby enter their appearances as counsel for defendant **Teva Pharmaceuticals USA, Inc.**:

>John W. Shaw (#3362) [jshaw@ycst.com]
>Karen L. Pascale (# 2903) [kpascale@ycst.com]
>Karen E. Keller (# 4489) [kkeller@ycst.com]
>YOUNG CONAWAY STARGATT & TAYLOR LLP
>The Brandywine Building
>100 West Street, 17th Floor
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6600

(2) The following attorneys hereby withdraw their appearances as counsel for defendant **Teva Pharmaceuticals USA, Inc.**:

>Thomas G. Whalen, Jr. [tgw@stevenslee.com]
>Joseph Grey [jg@stevenslee.com]
>STEVENS & LEE, P.C.
>1105 North Market Street
>7th Floor
>Wilmington, DE 19801
>Telephone: (302) 654-5180

| STEVENS & LEE, P.C. | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ Joseph Grey | /s/ Karen L. Pascale |
| Joseph Grey (#2358) | John W. Shaw (#3362) |
| Thomas G. Whalen, Jr. (#4034) | Karen L. Pascale (#2903) |
| 1105 North Market Street | Karen E. Keller (#4489) |
| 7th Floor | The Brandywine Building |
| Wilmington, Delaware 19801 | 1000 West St., 17th Floor |
| Telephone: (302) 654-5180 | P.O. Box 391 |
| | Wilmington, Delaware 19899-0391 |
| | Telephone: (302) 571-6600 |

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on April 24, 2008, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to following the counsel of record:

| | |
|---|---|
| **Jack B. Blumenfeld** | jbbefiling@mnat.com |
| **Maryellen Noreika** | menefiling@mnat.com |
| **Richard John Bauer** | rbauer@mnat.com |
| **Thomas Gerard Whalen, Jr.** | tgw@stevenslee.com |
| **Joseph Grey** | jg@stevenslee.com |
| **Frederick L. Cottrell, III** | cottrell@rlf.com |
| **Steven J. Fineman** | fineman@rlf.com |
| **David J. Margules** | dmargules@BMF-law.com |
| **Francis H. Morrison** | fhm@avhlaw.com |
| **James Mahanna** | jxm@avhlaw.com |
| **Jeremony C. Lowe** | JCL@avhlaw.com |
| **Jonathan A. Harris** | JAH@avhlaw.com |
| **Matthew J. Becker** | mjb@avhlaw.com |
| **John C. Phillips, Jr.** | jcp@pgslaw.com |

I further certify that on April 24, 2008, I caused a copy of the foregoing document to be served on the below-listed counsel of record in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld    *jblumenfeld@mnat.com*<br>Maryellen Noreika    *mnoreika@mnat.com*<br>Richard J. Bauer    *rbauer@mnat.com*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PO Box 1347<br>Wilmington, DE 19899 | |
| *Attorneys for Plaintiffs Elan Corporation plc and Elan Pharma International Ltd.* | |

| | |
|---|---|
| Frederick L. Cottrell, III  *cottrell@rlf.com*<br>Steven J. Fineman  *fineman@rlf.com*<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE  19899<br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* | James K. Stronski  *jstronski@flhlaw.com*<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* |
| David J. Margules  *dmargules@bmf-law.com*<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Defendant Actavis South Atlantic LLC* | Francis H. Morrison, III  *fhm@avhlaw.com*<br>Jonathan A. Harris  *jah@avhlaw.com*<br>Matthew J. Becker  *mjb@avhlaw.com*<br>James Mahanna  *jxm@avhlaw.com*<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06130-3702<br>*Attorneys for Defendant Actavis South Atlantic LLC* |
| John C. Phillips, Jr.  *jcp@pgslaw.com*<br>Brian E. Farnan  *bef@pgslaw.com*<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Attorneys for Barr Laboratories, Inc.* | George Lombardi  *glombardi@winston.com*<br>Samuel S. Park  *spark@winston.com*<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL. 60601-9703<br>*Attorneys for Attorneys for Barr Laboratories, Inc.* |

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Mark D. Schuman
Jeffer Ali
CARLSON CASPERS VANDENBURGH & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402
Telephone : 612-436-9600

2