IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 07-552-SLR ) (CONSOLIDATED) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 21, 2008, copies of

    *(1)*    *Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Interrogatories to Plaintiffs; and*

    *(2)*    *Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Document Requests to Plaintiffs*

were caused to be served on the following counsel of record in the manner indicated below:

### BY E-MAIL AND OVERNIGHT COURIER

| | |
|---|---|
| Jack B. Blumenfeld   *jblumenfeld@mnat.com*<br>Maryellen Noreika   *mnoreika@mnat.com*<br>Richard J. Bauer   *rbauer@mnat.com*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PO Box 1347<br>Wilmington, DE 19899<br><br>*Attorneys for Plaintiffs Elan Corporation plc And Elan Pharma International Ltd.* | John C. Phillips, Jr.   *jcp@pgslaw.com*<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br><br>*Attorneys for Attorneys for Barr Laboratories, Inc.* |
| Frederick L. Cottrell, III   *cottrell@rlf.com*<br>Steven J. Fineman   *fineman@rlf.com*<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899<br><br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* | David J. Margules   *dmargules@bmf-law.com*<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br><br>*Attorneys for Defendant Actavis South Atlantic LLC* |

|  | Francis H. Morrison, III  *fhm@avhlaw.com*<br>Matthew J. Becker  *mjb@avhlaw.com*<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06130-3702<br><br>*Attorneys for Defendant Actavis South Atlantic LLC* |
|---|---|

Additionally, the undersigned certifies that on April 25, 2008, copies of this Notice of Service were caused to be served upon the following counsel of record in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld  *jblumenfeld@mnat.com*<br>Maryellen Noreika  *mnoreika@mnat.com*<br>Richard J. Bauer  *rbauer@mnat.com*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PO Box 1347<br>Wilmington, DE 19899<br><br>*Attorneys for Plaintiffs Elan Corporation plc<br>And Elan Pharma International Ltd.* | |
| Frederick L. Cottrell, III  *cottrell@rlf.com*<br>Steven J. Fineman  *fineman@rlf.com*<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE  19899<br><br>*Attorneys for Defendants Intellipharmaceutics Corp.,<br>Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* | James K. Stronski  *jstronski@flhlaw.com*<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151<br><br>*Attorneys for Defendants Intellipharmaceutics Corp.,<br>Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* |
| David J. Margules  *dmargules@bmf-law.com*<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br><br>*Attorneys for Defendant Actavis South Atlantic LLC* | Francis H. Morrison, III  *fhm@avhlaw.com*<br>Jonathan A. Harris  *jah@avhlaw.com*<br>Matthew J. Becker  *mjb@avhlaw.com*<br>James Mahanna  *jxm@avhlaw.com*<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06130-3702<br><br>*Attorneys for Defendant Actavis South Atlantic LLC* |

| | |
|---|---|
| John C. Phillips, Jr.   *jcp@pgslaw.com*<br>Brian E. Farnan   *bef@pgslaw.com*<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Attorneys for Defendant*<br>*Barr Laboratories, Inc.* | George Lombardi   *glombardi@winston.com*<br>Samuel S. Park   *spark@winston.com*<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL. 60601-9703<br>*Attorneys for Attorneys for Defendant*<br>*Barr Laboratories, Inc.* |

April 25, 2008

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
_____
John W. Shaw (No. 3362) [jshaw@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (# 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600

- and –

Mark D. Schuman
Jeffer Ali
CARLSON CASPERS VANDENBURGH & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402
Telephone : 612-436-9600

*Attorneys for Defendant,*
*Teva Pharmaceuticals USA, Inc.*