## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ELAN CORPORATION, PLC and )
ELAN PHARMA INTERNATIONAL, LTD., )
)
      Plaintiffs, )
)
v. )   C.A. No.: 07-552-SLR
)
BARR LABORATORIES, INC., )
)
      Defendant. )

### <u>NOTICE OF SERVICE</u>

I, Brian E. Farnan, hereby certify that on April 29, 2008, a copy of Barr Laboratories, Inc.'s First Set of Document Requests to Plaintiffs were served on the following as indicated below:

*Via Electronic Mail & Hand Delivery*
Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Richard J. Bauer, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Via Electronic Mail & Hand Delivery*
Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
RICHARDS LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

*Via Electronic Mail & Hand Delivery*
David J. Margules, Esquire
BOUCHARD MARGULES & FRIEDLANDER
P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

*Via Electronic Mail & Hand Delivery*
John W. Shaw, Esquire
Karen L. Pascale, Esquire
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19899

*Via Electronic Mail*
James K. Stronski, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Ave.
New York, NY 10151

*Via Electronic Mail*
Francis H. Morrison III, Esquire
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103

*Via Electronic Mail*
Mark D. Schuman, Esquire
Jeffer Ali, Esquire
CARLSON, CASPERS, VANDENBURGH &
LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402

Respectfully Submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Defendants

Dated: April 29, 2008