IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 07-552-SLR |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD. <br><br> Plaintiffs, <br> v. <br><br> INTELLIPHARMACEUTICS CORPORATION, INTELLIPHARMACEUTICS LTD. and PAR PHARMACEUTICAL, INC. <br><br> Defendants. | C.A. No. 07-603-SLR |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | C.A. No. 07-679-SLR |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 07-736-SLR |

RLF1-3279550-1

## NOTICE OF SERVICE

TO:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 1000 West Street,
17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

PLEASE TAKE NOTICE that true and correct copies of Defendants IntelliPharmaCeutics Corp., IntelliPharmaCeutics Ltd. and Par Pharmaceutical Inc.'s First Set of Requests for the Production of Documents and Things were caused to be served on May 2, 2008 on counsel of record in the manner indicated:

**BY HAND DELIVERY AND ELECTRONIC MAIL**
Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY HAND DELIVERY AND ELECTRONIC MAIL**
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 1000 West Street,
17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

**BY HAND DELIVERY AND ELECTRONIC MAIL**
David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

**BY HAND DELIVERY AND ELECTRONIC MAIL**
John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

|  |  |
|---|---|
| Of Counsel:<br>James K. Stronski<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York  10151<br>(212) 588-0800<br><br>Dated:  May 2, 2008 | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (# 2555)<br>Cottrell@rlf.com<br>Steven J. Fineman (#4025)<br>Fineman@rlf.com<br>Richards, Layton & Finger P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Attorneys for Defendants IntelliPharmaCeutics Corp., IntelliPharmaCeutics Ltd., and Par Pharmaceutical, Inc. |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 1000 West Street,
17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-3279550-1