IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 07-552 (SLR)<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>INTELLIPHARMACEUTICS<br>CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-603 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 07-679 (SLR)<br>)<br>)<br>)<br>)<br>) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 07-736 (SLR)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *1) Elan's Second Set of Interrogatories to Teva Pharmaceuticals USA, Inc.* were caused to be served on May 5, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen L. Pascale, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street- 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mark D. Schuman, Esquire<br>Jeffer Ali, Esquire<br>CARLSON, CASPERS, VANDENBURGH<br>  & LINDQUIST<br>225 South Sixth Street<br>Suite 3200<br>Minneapolis, MN 55402 | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

James K. Stronski, Esquire                                   *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

David J. Margules, Esquire                                   *VIA ELECTRONIC MAIL*
BOUCHARD MARGULES & FRIEDLANDER, P.A.                        *and HAND DELIVERY*
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801

Francis H. Morrison, III, Esquire                            *VIA ELECTRONIC MAIL*
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702

John C. Phillips, Jr., Esquire                               *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire                                     *and HAND DELIVERY*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  1986

George C. Lombardi, Esquire                                  *VIA ELECTRONIC MAIL*
Samuel S. Park, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ Richard J. Bauer*
                                    _____
                                    Jack B. Blumenfeld (#1014)
                                    Maryellen Noreika (#3208)
                                    Richard J. Bauer (#4828)
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899-1347
                                    (302) 658-9200
                                      *Attorneys for Plaintiff*

May 5, 2008

3

CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>John W. Shaw, Esquire
>Karen L. Pascale, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER

>David J. Margules, Esquire
>BOUCHARD MARGULES & FRIEDLANDER, P.A.

>John C. Phillips, Jr., Esquire
>Brian E. Farnan, Esquire
>PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused to be served copies of the foregoing document on May 6, 2007 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen L. Pascale, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street- 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Mark D. Schuman, Esquire<br>Jeffer Ali, Esquire<br>CARLSON, CASPERS, VANDENBURGH<br>  & LINDQUIST<br>225 South Sixth Street<br>Suite 3200<br>Minneapolis, MN  55402 | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |

James K. Stronski, Esquire                                          *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

David J. Margules, Esquire                                          *VIA ELECTRONIC MAIL*
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801

Francis H. Morrison, III, Esquire                                   *VIA ELECTRONIC MAIL*
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702

John C. Phillips, Jr., Esquire                                      *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  1986

George C. Lombardi, Esquire                                         *VIA ELECTRONIC MAIL*
Samuel S. Park, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601


*/s/ Richard J. Bauer*
_____
Richard J. Bauer (#4828)

2