IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 07-552 (SLR) CONSOLIDATED |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD. <br><br> Plaintiffs, <br><br> v. <br><br> INTELLIPHARMACEUTICS CORPORATION, INTELLIPHARMACEUTICS LTD. and PAR PHARMACEUTICAL, INC. <br><br> Defendants. | C.A. No. 07-603 (SLR) |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | C.A. No. 07-679 (SLR) |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 07-736 (SLR) |

## AMENDED NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Elan's Second Set of Interrogatories to Teva Pharmaceuticals USA, Inc.* were caused to be served on May 6, 2008 upon the following in the manner indicated:

John W. Shaw, Esquire                                    *VIA ELECTRONIC MAIL*
Karen L. Pascale, Esquire                               *and HAND DELIVERY*
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
100 West Street- 17th Floor
Wilmington, DE  19801

Mark D. Schuman, Esquire                                *VIA ELECTRONIC MAIL*
Jeffer Ali, Esquire
CARLSON, CASPERS, VANDENBURGH
  & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN  55402

Frederick L. Cottrell, III, Esquire                     *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire                              *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE  19801

James K. Stronski, Esquire                              *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

David J. Margules, Esquire                              *VIA ELECTRONIC MAIL*
BOUCHARD MARGULES & FRIEDLANDER, P.A.                   *and HAND DELIVERY*
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801

2

Francis H. Morrison, III, Esquire                                    *VIA ELECTRONIC MAIL*
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702


John C. Phillips, Jr., Esquire                                       *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire                                               *and HAND DELIVERY*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  1986


George C. Lombardi, Esquire                                          *VIA ELECTRONIC MAIL*
Samuel S. Park, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601


                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Richard J. Bauer*

                            _____
                            Jack B. Blumenfeld (#1014)
                            Maryellen Noreika (#3208)
                            Richard J. Bauer (#4828)
                            1201 N. Market Street
                            P.O. Box 1347
                            Wilmington, DE  19899-1347
                            (302) 658-9200
                             *Attorneys for Plaintiff*

May 6, 2008


3

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2007 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:

> John W. Shaw, Esquire
> Karen L. Pascale, Esquire
> Karen E. Keller, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP
>
> Frederick L. Cottrell, III, Esquire
> Steven J. Fineman, Esquire
> RICHARDS, LAYTON & FINGER
>
> David J. Margules, Esquire
> BOUCHARD MARGULES & FRIEDLANDER, P.A.
>
> John C. Phillips, Jr., Esquire
> Brian E. Farnan, Esquire
> PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused to be served copies of the foregoing document on

May 6, 2007 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen L. Pascale, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street- 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mark D. Schuman, Esquire<br>Jeffer Ali, Esquire<br>CARLSON, CASPERS, VANDENBURGH<br> & LINDQUIST<br>225 South Sixth Street<br>Suite 3200<br>Minneapolis, MN 55402 | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

James K. Stronski, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

*VIA ELECTRONIC MAIL*

David J. Margules, Esquire
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801

*VIA ELECTRONIC MAIL*
*and HAND DELIVERY*

Francis H. Morrison, III, Esquire
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702

*VIA ELECTRONIC MAIL*

John C. Phillips, Jr., Esquire
Brian E. Farnan, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  1986

*VIA ELECTRONIC MAIL*
*and HAND DELIVERY*

George C. Lombardi, Esquire
Samuel S. Park, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601

*VIA ELECTRONIC MAIL*

/s/ *Richard J. Bauer*

Richard J. Bauer (#4828)

2