IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　　Defendant. | C.A. No. 07-552 (SLR)<br>CONSOLIDATED |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>INTELLIPHARMACEUTICS<br>CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.<br><br>　　　　　Defendants. | C.A. No. 07-603 (SLR) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>　　　　　Defendant. | C.A. No. 07-679 (SLR) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　　Defendant. | C.A. No. 07-736 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Elan's Second Set of Interrogatories to Actavis South Atlantic LLC (Nos. 14-15)* were caused to be served on May 9, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen L. Pascale, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street- 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mark D. Schuman, Esquire<br>Jeffer Ali, Esquire<br>CARLSON, CASPERS, VANDENBURGH<br>  & LINDQUIST<br>225 South Sixth Street<br>Suite 3200<br>Minneapolis, MN 55402 | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |
| David J. Margules, Esquire<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

Francis H. Morrison, III, Esquire                    *VIA ELECTRONIC MAIL*
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702

John C. Phillips, Jr., Esquire                       *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire                              *and HAND DELIVERY*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  1986

George C. Lombardi, Esquire                          *VIA ELECTRONIC MAIL*
Samuel S. Park, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Maryellen Noreika*

                                        Jack B. Blumenfeld (#1014)
                                        Maryellen Noreika (#3208)
                                        Richard J. Bauer (#4828)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                          *Attorneys for Plaintiff*

May 9, 2008

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>John W. Shaw, Esquire
>Karen L. Pascale, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER

>David J. Margules, Esquire
>BOUCHARD MARGULES & FRIEDLANDER, P.A.

>John C. Phillips, Jr., Esquire
>Brian E. Farnan, Esquire
>PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused to be served copies of the foregoing document on May 9, 2007 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen L. Pascale, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street- 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mark D. Schuman, Esquire<br>Jeffer Ali, Esquire<br>CARLSON, CASPERS, VANDENBURGH<br>  & LINDQUIST<br>225 South Sixth Street<br>Suite 3200<br>Minneapolis, MN  55402 | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

| | |
|---|---|
| James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |
| David J. Margules, Esquire<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Francis H. Morrison, III, Esquire<br>Jonathan A. Harris, Esquire<br>Matthew J. Becker, Esquire<br>James Mahanna, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103-3702 | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 1986 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Samuel S. Park, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL* |

_____
Maryellen Noreika (#3208)

2