UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-552 (SLR) <br><br> CONSOLIDATED |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> INTELLIPHARMACEUTICS CORP., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-603 (SLR) |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-679 (SLR) |

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 07-736 (SLR) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 14th day of May, 2008, Actavis South Atlantic LLC's Requests for the Production of Documents and Things to Elan Corporation, plc and Elan Pharma International Ltd., were served upon the following counsel of record via first class mail and electronic mail:

> Jack B. Blumenfeld, Esquire
> Maryellen Noreika, Esquire
> Richard J. Bauer, Esquire
> MORRIS, NICHOLAS,
>   ARSHT & TUNNELL LLP
> 1201 N. Market Street
> Wilmington, Delaware 19899-1347
> *Attorneys for Plaintiffs*

Actavis South Atlantic LLC's Requests for the Production of Documents and Things to Elan Corporation, plc and Elan Pharma International Ltd., were served upon the following counsel of record via electronic mail:

                John W. Shaw, Esquire
Karen L. Pascale, Esquire
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT
   & TAYLOR LLP
The Brandywine Building
100 West Street – 17th Floor
Wilmington, Delaware 19801*Attorneys for Teva Pharmaceuticals, USA, Inc.*

John C. Phillips, Jr., Esquire
PHILLIPS, GOLDMAN & SPENCER P.A.
1200 North Broom Street
Wilmington, DE 19806
*Attorneys for Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

and

Fredrick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, Delaware 19801
*Attorneys for IntelliPharmCeutics Corp.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

 /s/ Sean M. Brennecke
David J. Margules (I.D. No. 2254)
Sean M. Brennecke (I.D. No. 4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
dmargules@bmf-law.com
sbrennecke@bmf-law.com
*Attorneys for Defendant Actavis South Atlantic LLC*

OF COUNSEL:

Francis H. Morrision, III
Jeremy C. Lowe
Jonathan A. Harris
Matthew J. Becker
Andrea L. Johnson
AXINN, VELTROP &
   HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
Telephone:    (860) 275-8100

Dated: May 14, 2008