IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-552 (SLR)<br>)  CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.<br><br>Plaintiffs,<br>v.<br><br>INTELLIPHARMACEUTICS<br>CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 07-603 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-679 (SLR)<br>)<br>)<br>)<br>)<br>) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-736 (SLR)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Elan's Second Set of Interrogatories to Barr Laboratories, Inc. (Nos. 14-15)* were caused to be served on May 21, 2008 upon the following in the manner indicated:

John W. Shaw, Esquire                     *VIA ELECTRONIC MAIL*
Karen L. Pascale, Esquire                      *and HAND DELIVERY*
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
100 West Street- 17th Floor
Wilmington, DE  19801

Mark D. Schuman, Esquire                  *VIA ELECTRONIC MAIL*
Jeffer Ali, Esquire
CARLSON, CASPERS, VANDENBURGH
  & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN  55402

Frederick L. Cottrell, III, Esquire          *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire                     *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE  19801

James K. Stronski, Esquire                *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

David J. Margules, Esquire                *VIA ELECTRONIC MAIL*
BOUCHARD MARGULES & FRIEDLANDER, P.A.          *and HAND DELIVERY*
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801

Francis H. Morrison, III, Esquire                          *VIA ELECTRONIC MAIL*
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702

John C. Phillips, Jr., Esquire                             *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire                                     *and HAND DELIVERY*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  1986

George C. Lombardi, Esquire                                *VIA ELECTRONIC MAIL*
Samuel S. Park, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601

                                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                         */s/ Richard J. Bauer*
                                         Jack B. Blumenfeld (#1014)
                                         Maryellen Noreika (#3208)
                                         Richard J. Bauer (#4828)
                                         1201 N. Market Street
                                         P.O. Box 1347
                                         Wilmington, DE  19899-1347
                                         (302) 658-9200
                                           *Attorneys for Plaintiffs*

May 21, 2008

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2008 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:

John W. Shaw, Esquire
Karen L. Pascale, Esquire
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP

Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER

David J. Margules, Esquire
BOUCHARD MARGULES & FRIEDLANDER, P.A.

John C. Phillips, Jr., Esquire
Brian E. Farnan, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused to be served copies of the foregoing document on

May 21, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire | *VIA ELECTRONIC MAIL* |
| Karen L. Pascale, Esquire | *and HAND DELIVERY* |
| Karen E. Keller, Esquire | |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | |
| The Brandywine Building | |
| 100 West Street- 17th Floor | |
| Wilmington, DE  19801 | |
| | |
| Mark D. Schuman, Esquire | *VIA ELECTRONIC MAIL* |
| Jeffer Ali, Esquire | |
| CARLSON, CASPERS, VANDENBURGH | |
|   & LINDQUIST | |
| 225 South Sixth Street | |
| Suite 3200 | |
| Minneapolis, MN  55402 | |
| | |
| Frederick L. Cottrell, III, Esquire | *VIA ELECTRONIC MAIL* |
| Steven J. Fineman, Esquire | *and HAND DELIVERY* |
| RICHARDS, LAYTON & FINGER | |
| One Rodney Square | |
| Wilmington, DE  19801 | |

James K. Stronski, Esquire                          *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

David J. Margules, Esquire                          *VIA ELECTRONIC MAIL*
BOUCHARD MARGULES & FRIEDLANDER, P.A.                   *and HAND DELIVERY*
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801

Francis H. Morrison, III, Esquire                   *VIA ELECTRONIC MAIL*
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702

John C. Phillips, Jr., Esquire                      *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire                               *and HAND DELIVERY*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  1986

George C. Lombardi, Esquire                         *VIA ELECTRONIC MAIL*
Samuel S. Park, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601

                                        */s/ Richard J. Bauer*
                                        Richard J. Bauer (#4828)