IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION PLC. and<br>ELAN PHARMA INTERNATIONAL<br>LTD., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 07-552-SLR<br>) **LEAD CASE** |
| TEVA PHARMACEUTICALS USA<br>INC., ET AL. | )<br>)<br>) |
| Defendants. | )<br>) |

**O R D E R**

At Wilmington this ᵗʰday of May, 2008,

IT IS HEREBY ORDERED that the discovery conference originally

scheduled for June 19, 2008 is hereby rescheduled to **Thursday, June 26, 2008** at

**10:00 a.m.** in courtroom no. 6B, sixth floor Federal Building, 844 King Street,

Wilmington, Delaware.

United States District Judge