IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 07-552 (SLR) <br> CONSOLIDATED |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD. <br><br> Plaintiffs, <br><br> v. <br><br> INTELLIPHARMACEUTICS CORPORATION, INTELLIPHARMACEUTICS LTD. and PAR PHARMACEUTICAL, INC. <br><br> Defendants. | C.A. No. 07-603 (SLR) |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | C.A. No. 07-679 (SLR) |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 07-736 (SLR) |

## PLAINTIFFS' REPLY TO DEFENDANT
## ACTAVIS SOUTH ATLANTIC LLC'S AMENDED COUNTERCLAIMS

Plaintiffs Elan Corporation, plc and Elan Pharma International Ltd. (collectively "Elan"), for their Reply to the numbered paragraphs of the Amended Counterclaims of Defendant Actavis South Atlantic LLC ("Actavis"), hereby state as follows:

### THE PARTIES

1. Admitted, upon information and belief.

2. Plaintiffs are without knowledge or information sufficient to form a belief as to the allegations of Paragraph 2.

3. Admitted.

4. Admitted.

5. Admitted.

### FIRST COUNT

6. Plaintiffs repeat and incorporate their reply to Paragraphs 1-5.

7. Admitted that Actavis purports to state a declaratory judgment counterclaim that arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.* and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and that this Court has jurisdiction over this counterclaim under 28 U.S.C. §§ 1331 and 1338(a), but denied that there is any factual or legal basis for this counterclaim.

8. Admitted, upon information and belief, that Actavis seeks approval through abbreviated new drug application ("ANDA") No. 79-108 to manufacture and sell dexmethylphenidate hydrochloride capsules in the 5, 10, 15 and 20 mg strengths ("Actavis' Proposed Products") prior to the expiration of United States Patent Nos. 6,228,398 ("the '398 patent") and 6,730,325 ("the '325 patent"). Admitted that Plaintiffs have asserted that Actavis

2

has infringed the '398 and '325 patents by submission of ANDA No. 79-108 to the Food and Drug Administration under 21 U.S.C. § 355(j). Except as expressly admitted, Plaintiffs deny the averments of Paragraph 8.

9. Admitted that Plaintiffs assert that Actavis' Proposed Products infringe the '398 and '325 patents. Except as expressly admitted, Plaintiffs deny the averments of Paragraph 9.

10. Denied.

11. The allegations contained in Paragraph 11 of Actavis' Amended Counterclaims are legal conclusions to which no response is required.

12. Denied.

## SECOND COUNT

13. Plaintiffs repeat and incorporate their reply to Paragraphs 1-5.

14. Admitted that Actavis purports to state a declaratory judgment counterclaim that arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.* and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and that this Court has jurisdiction over this counterclaim under 28 U.S.C. §§ 1331 and 1338(a), but denied that there is any factual or legal basis for this counterclaim.

15. Denied.

16. The allegations contained in Paragraph 16 of Actavis' Amended Counterclaims are legal conclusions to which no response is required.

17. Denied.

## THIRD COUNT

18. Plaintiffs repeat and incorporate their reply to Paragraphs 1-5.

19. Denied.

20. Admitted that a paper entitled "Petition for Accelerated Examination," which speaks for itself, was filed in June 2000 on behalf of the patent applicants during prosecution of the '398 patent. Except as expressly admitted, Plaintiffs deny the averments of Paragraph 20.

21. Denied.

22. Denied.

23. Denied.

24. Admitted.

25. Denied.

### REPLY TO ACTAVIS' PRAYER FOR RELIEF

WHEREFORE, Plaintiffs deny that Actavis is entitled to any relief, either as prayed for in its Amended Counterclaims or otherwise.

Plaintiffs further deny each allegation in Actavis' Amended Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendant Actavis South Atlantic LLC's Amended Counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ [signature]*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
rbauer@mnat.com
  *Attorneys for Plaintiffs*
  *Elan Corporation, plc and*
  *Elan Pharma International Ltd.*

May 27, 2008

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>John W. Shaw, Esquire
>Karen L. Pascale, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER

>David J. Margules, Esquire
>BOUCHARD MARGULES & FRIEDLANDER, P.A.

>John C. Phillips, Jr., Esquire
>Brian E. Farnan, Esquire
>PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused to be served copies of the foregoing document on May 27, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen L. Pascale, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street- 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mark D. Schuman, Esquire<br>Jeffer Ali, Esquire<br>CARLSON, CASPERS, VANDENBURGH<br>  & LINDQUIST<br>225 South Sixth Street<br>Suite 3200<br>Minneapolis, MN 55402 | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

| | |
|---|---|
| James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |
| David J. Margules, Esquire<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Francis H. Morrison, III, Esquire<br>Jonathan A. Harris, Esquire<br>Matthew J. Becker, Esquire<br>James Mahanna, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103-3702 | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 1986 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Samuel S. Park, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL* |

/s/ Richard J. Bauer
Richard J. Bauer (#4828)

2