IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 07-552-SLR |
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD. <br><br> Plaintiffs, <br><br> v. <br><br> INTELLIPHARMACEUTICS CORPORATION, <br> INTELLIPHARMACEUTICS LTD. and <br> PAR PHARMACEUTICAL, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 07-603-SLR |
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 07-679-SLR |
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 07-736-SLR |

## NOTICE OF SERVICE

TO:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Rodger D. Smith II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 1000 West Street,<br>17th Floor, P.O. Box 391<br>Wilmington, DE 19899-0391 |
| David J. Margules, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 | John C. Phillips, Jr., Esquire<br>Phillips Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |

PLEASE TAKE NOTICE that true and correct copies of Defendants' Responses to Plaintiffs' First Set of Requests for Production of Documents were caused to be served on June 4, 2008 on counsel of record in the manner indicated:

**BY HAND DELIVERY AND ELECTRONIC MAIL**
Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY HAND DELIVERY AND ELECTRONIC MAIL**
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 1000 West Street,
17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

**BY HAND DELIVERY AND ELECTRONIC MAIL**
David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

**BY HAND DELIVERY AND ELECTRONIC MAIL**
John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Of Counsel:
Edgar H. Haug
Daniel G. Brown
James K. Stronski
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Dated: June 4, 2008

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (# 2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants IntelliPharmaCeutics Corp., IntelliPharmaCeutics Ltd., and Par Pharmaceutical, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 1000 West Street,
17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com