IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>        Plaintiffs,<br>   v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>        Defendant. | C.A. No. 07-552-SLR<br>(CONSOLIDATED) |
| ELAN CORPORATION PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>        Plaintiffs,<br>   v.<br><br>INTELLIPHARMACEUTICS CORP.,<br>INTELLIPHARMACEUTICS LTD., and<br>PAR PHARMACEUTICAL, INC.<br><br>        Defendants. | C.A. No. 07-603-SLR |
| ELAN CORPORATION PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>        Plaintiffs,<br>   v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>        Defendant. | C.A. No. 07-679-SLR |
| ELAN CORPORATION PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>        Plaintiffs,<br>   v.<br><br>BARR LABORATORIES, INC.,<br><br>        Defendant. | C.A. No. 07-736-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 4, 2008, copies of the following documents:

1. *Defendant Teva Pharmaceuticals USA, Inc.'s Answers to Elan's First Set of Document Requests to Teva;* and

2. *Defendant Teva Pharmaceuticals USA, Inc.'s Answers to Elan's First Set of First Set of Interrogatories to Teva*;

were served upon the below-listed counsel in the manner indicated:

### BY E-MAIL AND OVERNIGHT COURIER

Jack B. Blumenfeld  *[jblumenfeld@mnat.com]*
Maryellen Noreika  *[mnoreika@mnat.com]*
Richard J. Bauer  *[rbauer@mnat.com]*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
PO Box 1347
Wilmington, DE 19899
*Attorneys for Plaintiffs Elan Corporation plc
and Elan Pharma International Ltd.*

John C. Phillips, Jr.  *[jcp@pgslaw.com]*
Brian E. Farnan  *[bef@pgslaw.com]*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Attorneys for Attorneys for Barr Laboratories, Inc.*

Frederick L. Cottrell, III  *[cottrell@rlf.com]*
Steven J. Fineman  *[fineman@rlf.com]*
RICHARDS, LAYTON & FINGER
One Rodney Square
PO Box 551
Wilmington, DE 19899
*Attorneys for Defendants Intellipharmaceutics Corp.,
Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.*

David J. Margules  *[dmargules@bmf-law.com]*
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Attorneys for Defendant Actavis South Atlantic LLC*

Francis H. Morrison, III  *[fhm@avhlaw.com*
Matthew J. Becker  *[mjb@avhlaw.com]*
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06130-3702
*Attorneys for Defendant Actavis South Atlantic LLC*

I further certify that on June 5, 2008, I caused a copy of this Notice of Service to be served on the below-listed counsel of record in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld     *jblumenfeld@mnat.com*<br>Maryellen Noreika      *mnoreika@mnat.com*<br>Richard J. Bauer        *rbauer@mnat.com*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PO Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Plaintiffs Elan Corporation plc And Elan Pharma International Ltd.* | |
| Frederick L. Cottrell, III     *cottrell@rlf.com*<br>Steven J. Fineman               *fineman@rlf.com*<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE  19899<br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* | James K. Stronski     *jstronski@flhlaw.com*<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* |
| David J. Margules     *dmargules@bmf-law.com*<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Defendant Actavis South Atlantic LLC* | Francis H. Morrison, III     *fhm@avhlaw.com*<br>Jonathan A. Harris           *jah@avhlaw.com*<br>Matthew J. Becker            *mjb@avhlaw.com*<br>James Mahanna                *jxm@avhlaw.com*<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06130-3702<br>*Attorneys for Defendant Actavis South Atlantic LLC* |

| | |
|---|---|
| John C. Phillips, Jr.   *jcp@pgslaw.com*<br>Brian E. Farnan   *bef@pgslaw.com*<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Attorneys for Barr Laboratories, Inc.* | George Lombardi   *glombardi@winston.com*<br>Samuel S. Park   *spark@winston.com*<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL. 60601-9703<br>*Attorneys for Attorneys for Barr Laboratories, Inc.* |

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

John W. Shaw (#3362) *[jshaw@ycst.com]*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Karen E. Keller (#4489) *[kkeller@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Mark D. Schuman
Jeffer Ali
Samuel T. Lockner
Sarah M. Stensland
CARLSON CASPERS VANDENBURGH & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402
Telephone : 612-436-9600