IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 07-552 (SLR)<br>CONSOLIDATED |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.<br><br>Plaintiffs,<br>v.<br><br>INTELLIPHARMACEUTICS CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.<br><br>Defendants. | C.A. No. 07-603 (SLR) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>Defendant. | C.A. No. 07-679 (SLR) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | C.A. No. 07-736 (SLR) |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Court's February 20, 2008 Scheduling Order (D.I. 33) is amended as follows: "Document production shall be completed on or before: **July 14, 2008**." All other dates in the Scheduling Order remain unchanged.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| /s/ *Maryellen Noreika* | /s/ *Karen L. Pascale* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>Richard J. Bauer (#4828)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>rbauer@mnat.com<br><br>*Attorneys for Plaintiffs*<br>*Elan Corporation, plc and*<br>*Elan Pharma International Ltd.* | John W. Shaw (#3362)<br>Karen L. Pascale (#2903)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>100 West Street – 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br>jshaw@ycst.com<br>kpascale@ycst.com<br>kkeller@ycst.com<br><br>*Attorneys for Defendant*<br>*Teva Pharmaceuticals USA, Inc.* |
| RICHARDS, LAYTON & FINGER, P.A. | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| /s/ *Steven J. Fineman* | /s/ *David J. Margules* |
| Frederick L. Cottrell, II (#2555)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com<br><br>*Attorneys for IntelliPharmaCeutics Corp.,*<br>*IntelliPharmaCeutics Ltd. and*<br>*Par Pharmaceutical, Inc.* | David J. Margules *#2254)<br>Sean M. Brennecke (#4686)<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>dmargules@bmf-law.com<br>sbrennecke@bmf-law.com<br><br>*Attorneys for Actavis South Atlantic LLC* |

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips, Jr.*

---

John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
bef@pgslaw.com

*Attorneys for Barr Laboratories, Inc.*

SO ORDERED, this ___ day of June, 2008.

---
United States District Court Judge

3