IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION PLC. and ELAN PHARMA INTERNATIONAL LTD., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>TEVA PHARMACEUTICALS USA INC., ET AL. <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) Civ. No. 07-552-SLR ) **LEAD CASE** ) ) ) ) ) |

ORDER

At Wilmington this 13th day of June, 2008,

IT IS HEREBY ORDERED that the discovery conference originally scheduled for June 26, 2008 is hereby rescheduled to **Monday, August 18, 2008** at **4:30 p.m.** in courtroom no. 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge