IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL, LTD.,<br><br>      Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.: 07-552-SLR<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on June 18, 2008, two copies of (i) Defendant Barr Laboratories, Inc.'s First Set of Interrogatories to Plaintiffs; and (ii) Defendant Barr Laboratories, Inc.'s Second Set of Document Requests to Plaintiffs were served on the following as indicated below:

*Via Electronic Mail & Hand Delivery*
Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Richard J. Bauer, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Via Electronic Mail & Hand Delivery*
Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
RICHARDS LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

*Via Electronic Mail & Hand Delivery*
David J. Margules, Esquire
BOUCHARD MARGULES & FRIEDLANDER P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

*Via Electronic Mail & Hand Delivery*
John W. Shaw, Esquire
Karen L. Pascale, Esquire
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19899

*Via Electronic Mail*
James K. Stronski, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Ave.
New York, NY 10151

*Via Electronic Mail*
Francis H. Morrison III, Esquire
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103

*Via Electronic Mail*
Mark D. Schuman, Esquire
Jeffer Ali, Esquire
CARLSON, CASPERS, VANDENBURGH &
LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402


Dated: June 18, 2008

Respectfully Submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

 /s/ Brian E. Farnan
John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com


Of Counsel:
George C. Lombardi
Bradley C. Graveline
Samuel S. Park
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Attorneys for Defendant Barr Laboratories, Inc.