IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Honorable Sue L. Robinson U.S.D.J. <br><br> C.A. No. 07-552-SLR CONSOLIDATED |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD. <br><br> Plaintiffs, <br><br> v. <br><br> INTELLIPHARMACEUTICS CORPORATION, INTELLIPHARMACEUTICS LTD. and PAR PHARMACEUTICAL, INC. <br><br> Defendants. | C.A. No. 07-552-SLR CONSOLIDATED |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | C.A. No. 07-552-SLR CONSOLIDATED |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 07-552-SLR CONSOLIDATED |

## NOTICE OF SERVICE

I hereby certify that on June 20, 2008, a true and correct copy of DEFENDANT BARR LABORATORIES INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES was served upon the following counsel of record as indicated below:

*Via Electronic Mail & Hand Delivery*
Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Richard J. Bauer, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.Q. Box 1347
Wilmington, DE 19899-1347

*Via Electronic Mail & Hand Delivery*
John W. Shaw, Esquire
Karen L. Pascale, Esquire
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19899

*Via Electronic Mail & Hand Delivery*
Frederick L. Cottrell, 111, Esquire Steven J. Fineman, Esquire
RICHARDS LAYTON & FINGER One Rodney Square
Wilmington, DE 19801

*Via Electronic Mail*
James K. Stronski, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Ave.
New York, NY 10151

*Via Electronic Mail & Hand Delivery*
David J. Margules, Esquire
BOUCHARD MARGULES & FRIEDLANDER P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

*Via Electronic Mail*
Francis H. Morrison III, Esquire
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103

*Via Electronic Mail*
Mark D. Schuman, Esquire
Jeffer Ali, Esquire
CARLSON, CASPERS, VANDENBURGH & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402

John C. Phillips, Jr., Esq. (No. 110)