# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD.,** | ) ) ) ) | **Civil Action No. 07-552 (SLR)** |
| **Plaintiffs,** | ) ) ) | **CONSOLIDATED** |
| v. | ) ) ) | |
| **TEVA PHARMACEUTICALS USA, INC.,** | ) ) ) ) | |
| **Defendant.** | ) ) ) ) ) | |
| **ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD.,** | ) ) ) ) | **Civil Action No. 07-603 (SLR)** |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) ) | |
| **INTELLIPHARMACEUTICS CORP.,** | ) ) ) | |
| **Defendant.** | ) ) | |
| **ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD.,** | ) ) ) ) | **Civil Action No. 07-679 (SLR)** |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) ) | |
| **ACTAVIS SOUTH ATLANTIC LLC,** | ) ) ) | |
| **Defendant.** | ) ) ) | |

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  07-736 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 20th day of June, 2008, Actavis South Atlantic LLC's Electronic Discovery Disclosures were served upon the following counsel of record via first class mail and electronic mail:

>Jack B. Blumenfeld, Esquire
>Maryellen Noreika, Esquire
>Richard J. Bauer, Esquire
>MORRIS, NICHOLS,
>  ARSHT & TUNNELL LLP
>1201 N. Market Street
>Wilmington, Delaware 19899-1347
>*Attorneys for Plaintiffs*

Actavis South Atlantic LLC's Electronic Discovery Disclosures were served upon the following counsel of record via electronic mail:

>John W. Shaw, Esquire
>Karen L. Pascale, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT
>  & TAYLOR LLP
>The Brandywine Building
>100 West Street – 17th Floor
>Wilmington, Delaware 19801
>*Attorneys for Teva Pharmaceuticals, USA, Inc.*

2

        John C. Phillips, Jr., Esquire
        PHILLIPS, GOLDMAN & SPENCER P.A.
        1200 North Broom Street
        Wilmington, DE 19806
        *Attorneys for Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

        and

        Fredrick L. Cottrell, III, Esquire
        Steven J. Fineman, Esquire
        RICHARDS, LAYTON & FINGER
        One Rodney Square
        Wilmington, Delaware 19801
        *Attorneys for IntelliPharmceutics Corp.*

        BOUCHARD MARGULES & FRIEDLANDER, P.A.

        /s/ Sean M. Brennecke
        David J. Margules (I.D. No. 2254)
        Sean M. Brennecke (I.D. No. 4686)
        222 Delaware Avenue, Suite 1400
        Wilmington, DE 19801
        Telephone: 302.573.3500
        dmargules@bmf-law.com
        sbrennecke@bmf-law.com
        *Attorneys for Defendant Actavis South Atlantic LLC*

OF COUNSEL:

Francis H. Morrision, III
Jeremy C. Lowe
Jonathan A. Harris
Matthew J. Becker
Andrea L. Johnson
AXINN, VELTROP &
   HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702
Telephone:     (860) 275-8100


Dated:  June 20, 2008