## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD.,** | ) ) ) ) | **Civil Action No. 07-552 (SLR)** <br><br> **CONSOLIDATED** |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | |
| **TEVA PHARMACEUTICALS USA, INC.,** | ) ) ) | |
| **Defendant.** | ) ) ) ) | |
| **ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD.,** | ) ) ) ) | **Civil Action No. 07-603 (SLR)** |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | |
| **INTELLIPHARMACEUTICS CORP.,** | ) ) | |
| **Defendant.** | ) ) | |
| **ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD.,** | ) ) ) ) | **Civil Action No. 07-679 (SLR)** |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | |
| **ACTAVIS SOUTH ATLANTIC LLC,** | ) ) | |
| **Defendant.** | ) ) | |

{BMF-W0098689.}

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No.  07-736 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 20th day of June, 2008, a copy of **Defendant Actavis South Atlantic LLC's Responses to Plaintiffs' Second Set of Interrogatories to Actavis** were served upon the following counsel of record via electronic mail and hand delivery:

> Jack B. Blumenfeld, Esquire
> Maryellen Noreika, Esquire
> Richard J. Bauer, Esquire
> MORRIS, NICHOLS,
>   ARSHT & TUNNELL LLP
> 1201 N. Market Street
> Wilmington, Delaware 19899-1347
> *Attorneys for Plaintiffs*
>
> John W. Shaw, Esquire
> Karen L. Pascale, Esquire
> Karen E. Keller, Esquire
> YOUNG CONAWAY STARGATT
>   & TAYLOR LLP
> The Brandywine Building
> 100 West Street – 17th Floor
> Wilmington, Delaware 19801
> *Attorneys for Teva Pharmaceuticals, USA, Inc.*

        John C. Phillips, Jr., Esquire
        PHILLIPS, GOLDMAN & SPENCER P.A.
        1200 North Broom Street
        Wilmington, DE 19806
        *Attorneys for Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

        and

        Fredrick L. Cottrell, III, Esquire
        Steven J. Fineman, Esquire
        RICHARDS, LAYTON & FINGER
        One Rodney Square
        Wilmington, Delaware 19801
        *Attorneys for IntelliPharmceutics Corp.*

        BOUCHARD MARGULES & FRIEDLANDER, P.A.

        /s/ Sean M. Brennecke
        David J. Margules (I.D. No. 2254)
        Sean M. Brennecke (I.D. No. 4686)
        222 Delaware Avenue, Suite 1400
        Wilmington, DE 19801
        Telephone: 302.573.3500
        dmargules@bmf-law.com
        sbrennecke@bmf-law.com
        *Attorneys for Defendant Actavis South Atlantic LLC*

OF COUNSEL:

Francis H. Morrision, III
Jeremy C. Lowe
Jonathan A. Harris
Matthew J. Becker
Andrea L. Johnson
AXINN, VELTROP &
   HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702
Telephone:     (860) 275-8100


Dated:  June 20, 2008