IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 07-552-SLR<br>(CONSOLIDATED) |
| ELAN CORPORATION PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br>v.<br><br>INTELLIPHARMACEUTICS CORP.,<br>INTELLIPHARMACEUTICS LTD., and<br>PAR PHARMACEUTICAL, INC.<br><br>Defendants. | C.A. No. 07-603-SLR |
| ELAN CORPORATION PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>Defendant. | C.A. No. 07-679-SLR |
| ELAN CORPORATION PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | C.A. No. 07-736-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 1, 2008, copies of *Teva Pharmaceuticals USA, Inc.'s Electronic Discovery Disclosures* were served upon the below-listed counsel in the manner indicated:

### BY E-MAIL AND FIRST CLASS U.S. MAIL

Jack B. Blumenfeld  *[jblumenfeld@mnat.com]*
Maryellen Noreika  *[menefiling@mnat.com]*
Richard J. Bauer  *[rbauer@mnat.com]*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
PO Box 1347
Wilmington, DE 19899

*Attorneys for Plaintiffs Elan Corporation plc
and Elan Pharma International Ltd.*

John C. Phillips, Jr.  *[jcp@pgslaw.com]*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  19806

*Attorneys for Attorneys for Barr Laboratories, Inc.*

Frederick L. Cottrell, III  *[cottrell@rlf.com]*
Steven J. Fineman  *[fineman@rlf.com]*
RICHARDS, LAYTON & FINGER
One Rodney Square
PO Box 551
Wilmington, DE  19899

*Attorneys for Defendants Intellipharmaceutics Corp.,
Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.*

David J. Margules  *[dmargules@bmf-law.com]*
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

*Attorneys for Defendant Actavis South Atlantic LLC*

Francis H. Morrison, III  *[fhm@avhlaw.com]*
Jonathan A. Harris  *[jah@avhlaw.com]*
Matthew J. Becker  *[mjb@avhlaw.com]*
James Mahanna  *[jxm@avhlaw.com]*
Jeremy C. Lowe  *[jcl@avhlaw.com]*
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06130-3702

*Attorneys for Defendant Actavis South Atlantic LLC*

I further certify that on July 1, 2008, I caused a copy of this Notice of Service to be served on the below-listed counsel of record in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld    jblumenfeld@mnat.com<br>Maryellen Noreika    mnoreika@mnat.com<br>Richard J. Bauer    rbauer@mnat.com<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PO Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Plaintiffs Elan Corporation plc And Elan Pharma International Ltd.* | |
| Frederick L. Cottrell, III    cottrell@rlf.com<br>Steven J. Fineman    fineman@rlf.com<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE  19899<br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* | James K. Stronski    jstronski@flhlaw.com<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* |
| David J. Margules    dmargules@bmf-law.com<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Defendant Actavis South Atlantic LLC* | Francis H. Morrison, III    fhm@avhlaw.com<br>Jonathan A. Harris    jah@avhlaw.com<br>Matthew J. Becker    mjb@avhlaw.com<br>James Mahanna    jxm@avhlaw.com<br>Jeremy C. Lowe    jcl@avhlaw.com<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06130-3702<br>*Attorneys for Defendant Actavis South Atlantic LLC* |

| | |
|---|---|
| John C. Phillips, Jr.  *jcp@pgslaw.com*  <br> Brian E. Farnan  *bef@pgslaw.com*  <br> PHILLIPS, GOLDMAN & SPENCE, P.A.  <br> 1200 North Broom Street  <br> Wilmington, DE  19806  <br> *Attorneys for Attorneys for Barr Laboratories, Inc.* | George Lombardi  *glombardi@winston.com*  <br> Samuel S. Park  *spark@winston.com*  <br> WINSTON & STRAWN LLP  <br> 35 W. Wacker Drive  <br> Chicago, IL. 60601-9703  <br> *Attorneys for Attorneys for Barr Laboratories, Inc.* |

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

John W. Shaw (#3362) *[jshaw@ycst.com]*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Karen E. Keller (#4489) *[kkeller@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Mark D. Schuman
Jeffer Ali
Samuel T. Lockner
Sarah M. Stensland
CARLSON CASPERS VANDENBURGH & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402
Telephone : 612-436-9600