IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Honorable Sue L. Robinson U.S.D.J. <br><br> C.A. No. 07-552-SLR <br> CONSOLIDATED |
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD. <br><br> Plaintiffs, <br> v. <br><br> INTELLIPHARMACEUTICS CORPORATION, <br> INTELLIPHARMACEUTICS LTD. and <br> PAR PHARMACEUTICAL, INC. <br><br> Defendants. | C.A. No. 07-552-SLR <br> CONSOLIDATED |
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | C.A. No. 07-552-SLR <br> CONSOLIDATED |
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 07-552-SLR <br> CONSOLIDATED |

## DEFENDANT BARR LABORATORIES, INC.'S
## STATEMENT OF COMPLIANCE AND NOTICE OF SERVICE

Defendant Barr Laboratories, Inc., pursuant to Paragraph 7 of the Default Standard for Discovery of Electronically Stored Information ("E-Discovery Standard"), hereby represents that its retention coordinator has implemented the procedures set forth in Paragraph 7 of the E-Discovery Standard. Barr further represents that on June 18, 2008, Barr served its Discovery of Electronic Documents Disclosure upon the below listed counsel in the manner indicated:

**BY E-MAIL AND FIRST CLASS MAIL**

Jack B. Blumenfeld [jblumenfeld@mnat.com]
Maryellen Noreika [menefiling@mnat.com]
Richard J. Bauer [rbauer@mnat.com]
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
Wilmington, DE 19899
Attorneys for Plaintiffs Elan Corporation plc
and Elan Pharma International LTd.

Frederick L. Cottrell, III [cottrell@rlf.com]
Steven J. Fineman [fineman@rlf.com]
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorneys for Defendants Intellipharmaceutics Corp.,
Intellipharmaceutics Ltd. And Par Pharmaceuticals Inc.

David J. Margules [dmargueles@bmf-law.com]
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Attorneys for Defendant Actavis South Atlantic LLC

2

John W. Shaw [jshaw@ycst.com]
Karen L. Pascale [kpascale@ycst.com]
Karen E. Keller [kkeller@ycst.com]
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Attorneys for Teva Pharmaceuticals USA, Inc.

Date: July 2, 2008

Respectfully submitted,

PHILIPS GOLDMAN & SPENCE, P.A.

By: _____
John C. Phillips, Jr. (No. 110)
Brian E. Farnan (No. 4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
jcp@pgslaw.com

and

George C. Lombardi (admitted *pro hac vice*)
Bradley C. Graveline (admitted *pro hac vice*)
Samuel S. Park (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (voice)
(312) 558-5700 (fax)
glombardi@winston.com

Attorneys for Defendant Barr Laboratories, Inc.