UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-552 (SLR) <br><br> CONSOLIDATED |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> INTELLIPHARMACEUTICS CORP., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-603 (SLR) |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-679 (SLR) |

| | |
|---|---|
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL <br> LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and <br> BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) <br> ) <br> ) Civil Action No. 07-736 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 11th day of July, 2008, a copy of **Defendant Actavis South Atlantic LLC's Responses to Plaintiffs' Second Set of Requests for Production of Documents and Things to Actavis** were served upon the following counsel of record via electronic mail and hand delivery:

>Jack B. Blumenfeld, Esquire
>Maryellen Noreika, Esquire
>Richard J. Bauer, Esquire
>MORRIS, NICHOLS,
>  ARSHT & TUNNELL LLP
>1201 N. Market Street
>Wilmington, Delaware 19899-1347
>*Attorneys for Plaintiffs*

>John W. Shaw, Esquire
>Karen L. Pascale, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT
>  & TAYLOR LLP
>The Brandywine Building
>100 West Street – 17th Floor
>Wilmington, Delaware 19801
>*Attorneys for Teva Pharmaceuticals, USA, Inc.*

{BMF-W0100776.}2

John C. Phillips, Jr., Esquire
PHILLIPS, GOLDMAN & SPENCER P.A.
1200 North Broom Street
Wilmington, DE 19806
*Attorneys for Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

and

Fredrick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, Delaware 19801
*Attorneys for IntelliPharmceutics Corp.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Sean M. Brennecke
David J. Margules (I.D. No. 2254)
Sean M. Brennecke (I.D. No. 4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
dmargules@bmf-law.com
sbrennecke@bmf-law.com
*Attorneys for Defendant
Actavis South Atlantic LLC*

OF COUNSEL:

Francis H. Morrision, III
Jeremy C. Lowe
Jonathan A. Harris
Matthew J. Becker
Andrea L. Johnson
AXINN, VELTROP &
   HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702
Telephone:    (860) 275-8100

Dated: July 11, 2008