IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>        Plaintiffs,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>        Defendant. | C.A. No. 07-552 (SLR)<br>CONSOLIDATED |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.<br><br>        Plaintiffs,<br>v.<br><br>INTELLIPHARMACEUTICS<br>CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.<br><br>        Defendants. | C.A. No. 07-603 (SLR) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>        Plaintiffs,<br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>        Defendant. | C.A. No. 07-679 (SLR) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>        Plaintiffs,<br>v.<br><br>BARR LABORATORIES, INC.,<br><br>        Defendant. | C.A. No. 07-736 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Elan's First Amended and Supplemental Objections and Responses to Defendants IPC's and Par's First Set of Interrogatories (No. 1)*, (ii) *Elan's First Supplemental Objections and Responses to Actavis' First Set of Interrogatories (No. 1)* and (iii) *Elan's First Supplemental Objections and Responses to Teva's First Set of Interrogatories (No. 1)* were caused to be served on July 14, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen L. Pascale, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street- 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mark D. Schuman, Esquire<br>Jeffer Ali, Esquire<br>Samuel T. Lockner, Esquire<br>CARLSON, CASPERS, VANDENBURGH<br>   & LINDQUIST<br>225 South Sixth Street<br>Suite 3200<br>Minneapolis, MN  55402 | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |

David J. Margules, Esquire             *VIA ELECTRONIC MAIL*
BOUCHARD MARGULES & FRIEDLANDER, P.A.       *and HAND DELIVERY*
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Francis H. Morrison, III, Esquire            *VIA ELECTRONIC MAIL*
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
Andrea L. Johnson, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702

John C. Phillips, Jr., Esquire             *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire                *and HAND DELIVERY*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 1986

George C. Lombardi, Esquire            *VIA ELECTRONIC MAIL*
Samuel S. Park, Esquire
Trang D. Hoang, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

                                                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                 */s/ Maryellen Noreika*

                                                 Jack B. Blumenfeld (#1014)
                                                 Maryellen Noreika (#3208)
                                                 Richard J. Bauer (#4828)
                                                 1201 N. Market Street
                                                 P.O. Box 1347
                                                 Wilmington, DE 19899-1347
                                                 (302) 658-9200
                                                   *Attorneys for Plaintiffs*

July 14, 2008

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>John W. Shaw, Esquire
>Karen L. Pascale, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP
>
>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER
>
>David J. Margules, Esquire
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>
>John C. Phillips, Jr., Esquire
>Brian E. Farnan, Esquire
>PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused to be served copies of the foregoing document on July 14, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen L. Pascale, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street- 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mark D. Schuman, Esquire<br>Jeffer Ali, Esquire<br>Samuel T. Lockner, Esquire<br>CARLSON, CASPERS, VANDENBURGH<br>  & LINDQUIST<br>225 South Sixth Street<br>Suite 3200<br>Minneapolis, MN 55402 | *VIA ELECTRONIC MAIL* |

Frederick L. Cottrell, III, Esquire  *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire  *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

James K. Stronski, Esquire  *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

David J. Margules, Esquire  *VIA ELECTRONIC MAIL*
BOUCHARD MARGULES & FRIEDLANDER, P.A.  *and HAND DELIVERY*
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Francis H. Morrison, III, Esquire  *VIA ELECTRONIC MAIL*
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
Andrea L. Johnson, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702

John C. Phillips, Jr., Esquire  *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire  *and HAND DELIVERY*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 1986

George C. Lombardi, Esquire  *VIA ELECTRONIC MAIL*
Samuel S. Park, Esquire
Trang D. Hoang, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

Richard J. Bauer (#4828)

2