IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　　Defendant. | C.A. No. 07-552-SLR<br>CONSOLIDATED |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>INTELLIPHARMACEUTICS<br>CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.<br><br>　　　　　Defendants. | C.A. No. 07-552-SLR<br>CONSOLIDATED |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>　　　　　Defendant. | C.A. No. 07-552-SLR<br>CONSOLIDATED |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　　Defendant. | C.A. No. 07-552-SLR<br>CONSOLIDATED |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on July 16, 2008, a copy of Defendant Barr Laboratories, Inc.'s Objections and Responses to Plaintiffs' Second Set of Requests for Production of Documents and Things (Nos. 76-79) was served on the following as indicated below:

*Via Electronic Mail & Hand Delivery*
Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Richard J. Bauer, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Via Electronic Mail & Hand Delivery*
Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
RICHARDS LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

*Via Electronic Mail & Hand Delivery*
David J. Margules, Esquire
BOUCHARD MARGULES & FRIEDLANDER P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

*Via Electronic Mail*
Mark D. Schuman, Esquire
Jeffer Ali, Esquire
CARLSON, CASPERS, VANDENBURGH & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402

*Via Electronic Mail & Hand Delivery*
John W. Shaw, Esquire
Karen L. Pascale, Esquire
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19899

*Via Electronic Mail*
James K. Stronski, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Ave.
New York, NY 10151

*Via Electronic Mail*
Francis H. Morrison III, Esquire
Jonathan A. Harris, Esquire
Matthew J. Becker, Esquire
James Mahanna, Esquire
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103

Respectfully submitted,

Date: July 16, 2008

PHILIPS GOLDMAN & SPENCE, P.A.

By: /s/ Brian E. Farnan
John C. Phillips, Jr. (No. 110)
Brian E. Farnan (No. 4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
jcp@pgslaw.com

and

George C. Lombardi (admitted *pro hac vice*)
Bradley C. Graveline (admitted *pro hac vice*)
Samuel S. Park (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312)558-5600 (voice)
(312) 558-5700 (fax)
glombardi@winston.com

Attorneys for Defendant Barr Laboratories, Inc.