IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 07-552-SLR |
| v. | ) ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) | |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD. | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-603-SLR |
| v. | ) ) | |
| INTELLIPHARMACEUTICS CORPORATION, INTELLIPHARMACEUTICS LTD. and PAR PHARMACEUTICAL, INC. | ) ) ) ) ) | |
| Defendants. | ) ) | |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-679-SLR |
| v. | ) ) | |
| ACTAVIS SOUTH ATLANTIC LLC, | ) ) | |
| Defendant. | ) ) | |
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-736-SLR |
| v. | ) ) | |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |

RLF1-3303321-1

## NOTICE OF SERVICE

TO:

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

John W. Shaw, Esquire
Karen L. Pascale
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 1000 West Street,
17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

George Lombardi
Samuel S. Park
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL   60601-9703

PLEASE TAKE NOTICE that true and correct copies of Defendants' Responses to

Plaintiffs' Second Requests For The Production Of Documents and Things were caused to be

served on July 16, 2008 on counsel of record in the manner indicated:

**BY HAND DELIVERY AND
ELECTRONIC MAIL**
Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY HAND DELIVERY AND
ELECTRONIC MAIL**
John W. Shaw, Esquire
Karen L. Pascale
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 1000 West Street,
17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

**BY HAND DELIVERY AND
ELECTRONIC MAIL**
David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

**BY HAND DELIVERY AND
ELECTRONIC MAIL**
John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**BY FIRST CLASS MAIL AND**
**ELECTRONIC MAIL**

George Lombardi
Samuel S. Park
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL   60601-9703

/s/ Steven J. Fineman
Frederick L. Cottrell, III (# 2555)
Cottrell@rlf.com

Of Counsel:                         Steven J. Fineman (#4025)
Edgar H. Haug                       Fineman@rlf.com
Daniel G. Brown                     Richards, Layton & Finger P.A.
James K. Stronski                   One Rodney Square
Frommer Lawrence & Haug LLP         P.O. Box 551
745 Fifth Avenue                    Wilmington, DE 19899
New York, New York  10151           (302) 651-7700
(212) 588-0800                      Attorneys for Defendants IntelliPharmaCeutics
                                    Corp., IntelliPharmaCeutics Ltd., and Par
                                    Pharmaceutical, Inc.

Dated:  July 16, 2008

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 1000 West Street,
17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

I hereby certify that on July 16, 2008, I sent by electronic mail and First Class Mail the foregoing document to the following non-registered participants:

George Lombardi
Samuel S. Park
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL   60601-9703

*/s/ Steven J. Fineman*
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com