IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-552 (SLR)<br>CONSOLIDATED |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>INTELLIPHARMACEUTICS<br>CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-603 (SLR) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-679 (SLR) |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-736 (SLR) |

### ELAN'S FIRST NOTICE OF DEPOSITION
### OF TEVA PHARMACEUTICALS USA, INC.
### PURSUANT TO FED. R. CIV. P. 30(B)(6)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs Elan Corporation, plc and Elan Pharma International Ltd. (collectively "Elan") will take the deposition by oral examination of defendant Teva Pharmaceuticals USA, Inc. ("Teva"). The deposition will commence at 10:00 a.m. on August 15, 2008 at the offices of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, 1201 North Market Street, Wilmington, DE 19801, or at such other time and place as counsel may agree.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Teva is required to designate one or more officers, directors, managing agents, or other persons who will testify on its behalf with respect to each of the topics set forth in the attached Exhibit A. In addition, Teva is requested to provide plaintiffs' counsel with written notice, at least one week in advance of the deposition, of the name and title of each witness who will testify on behalf of Teva, and the particular topic(s) set forth in Exhibit A as to which each such witness will testify.

The deposition will be taken before a notary public or other officer authorized to administer oaths under law, and will continue from day to day until completed. The deposition will be recorded by sound, video and/or stenographic means.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
rbauer@mnat.com
  *Attorneys for Plaintiffs*
  *Elan Corporation, plc and*
  *Elan Pharma International Ltd.*

August 1, 2008

# EXHIBIT A

## DEFINITIONS AND INSTRUCTIONS

Elan incorporates by reference the Definitions set forth in its First Set Of Requests for Production of Documents and Things to Teva Pharmaceuticals USA, Inc, served on April 21, 2008.

## TOPICS

1. The existence, contents and location of ANDA No. 78-908.

2. The existence, contents and location of any communications with the FDA concerning ANDA 78-908 or the proposed products described in that ANDA.

3. The existence, contents and location of documents relating to the research and development leading to the development of the proposed products described in ANDA No. 78-908.

4. The existence, contents and location of documents related to the preparation of ANDA No. 78-908.

5. The existence, contents and location of documents related to the preparation of Teva's August 3, 2007 Patent Certification Notice to Celgene, Elan and Novartis.

6. The existence, contents and location of documents relating to the potential marketing or profitability of the proposed products described in ANDA No. 78-908.

7. The identities of persons and entities having documents and things relevant to this action, and the locations of those persons and entities.

8. The identities of persons and entities from whom Teva collected documents or things responsive to Elan's discovery requests, the locations of those persons and entities, and the documents and things collected from those persons and entities.

9. Any role of Teva Pharmaceuticals Industries, Ltd in connection with the preparation of ANDA No. 78-908, the decision to develop the proposed products of that ANDA, the research and development or manufacture of the proposed products of that ANDA, or the preparation of the August 3, 2007 Notice Letter to Celgene, Elan and Novartis..

10. Teva's search for, collection of and production of documents and things responsive to Elan's discovery requests in this action.

11. The identity of persons having knowledge of the matters set forth in paragraphs 1 to 10.

2426796

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>John W. Shaw, Esquire
>Karen L. Pascale, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP

>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER

>David J. Margules, Esquire
>BOUCHARD MARGULES & FRIEDLANDER, P.A.

>John C. Phillips, Jr., Esquire
>Brian E. Farnan, Esquire
>PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused to be served copies of the foregoing document on August 1, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen L. Pascale, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street- 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mark D. Schuman, Esquire<br>Jeffer Ali, Esquire<br>Samuel T. Lockner, Esquire<br>CARLSON, CASPERS, VANDENBURGH<br>  & LINDQUIST<br>225 South Sixth Street<br>Suite 3200<br>Minneapolis, MN  55402 | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| James K. Stronski, Esquire<br>Omar Jabri, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |
| David J. Margules, Esquire<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Francis H. Morrison, III, Esquire<br>Jonathan A. Harris, Esquire<br>Matthew J. Becker, Esquire<br>James Mahanna, Esquire<br>Andrea L. Johnson, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103-3702 | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 1986 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Samuel S. Park, Esquire<br>Trang D. Hoang, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL* |

Richard J. Bauer (#4828)