IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 07-552-SLR<br>)　(CONSOLIDATED)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant **Teva Pharmaceuticals USA, Inc.** in this matter:

> Dennis C. Bremer
> CARLSON, CASPERS, VANDENBURGH & LINDQUIST
> 225 South Sixth Street, Suite 3200
> Minneapolis, MN  55402
> Tel: (612) 436-9600
> Fax: (612) 436-9605
> E-mail: dbremer@ccvl.com

In accordance with Standing Order for District Court Fund, the annual fee of $25.00, if not paid previously, will be submitted to the Clerk's Office upon the filing of this motion.

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

August 14, 2008

John W. Shaw (#3362) *[jshaw@ycst.com]*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Karen E. Keller (#4489) *[kkeller@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Dennis C. Bremer is GRANTED.

Dated: August _____, 2008

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of Minnesota, Illinois, and Missouri, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: August 14, 2008

Dennis C. Bremer
CARLSON, CASPERS, VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600
E-mail: dbremer@ccvl.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 14, 2008, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to following the counsel of record:

| | |
|---|---|
| **Jack B. Blumenfeld** | jbbefiling@mnat.com |
| **Maryellen Noreika** | menefiling@mnat.com |
| **Richard John Bauer** | rbauer@mnat.com |
| **Frederick L. Cottrell, III** | cottrell@rlf.com |
| **Steven J. Fineman** | fineman@rlf.com |
| **David J. Margules** | dmargules@BMF-law.com |
| **Francis H. Morrison** | fhm@avhlaw.com |
| **James Mahanna** | jxm@avhlaw.com |
| **Jeremony C. Lowe** | JCL@avhlaw.com |
| **Jonathan A. Harris** | JAH@avhlaw.com |
| **Matthew J. Becker** | mjb@avhlaw.com |
| **John C. Phillips, Jr.** | jcp@pgslaw.com |

I further certify that on August 14, 2008, I caused a copy of the foregoing document to be served on the below-listed counsel of record in the manner indicated:

**BY E-MAIL**

| |
|---|
| Jack B. Blumenfeld        *jblumenfeld@mnat.com* |
| Maryellen Noreika         *mnoreika@mnat.com* |
| Richard J. Bauer          *rbauer@mnat.com* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| PO Box 1347 |
| Wilmington, DE 19899 |
| *Attorneys for Plaintiffs Elan Corporation plc And Elan Pharma International Ltd.* |

| | |
|---|---|
| Frederick L. Cottrell, III  *cottrell@rlf.com*<br>Steven J. Fineman  *fineman@rlf.com*<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE  19899<br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* | James K. Stronski  *jstronski@flhlaw.com*<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* |
| David J. Margules  *dmargules@bmf-law.com*<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Defendant Actavis South Atlantic LLC* | Francis H. Morrison, III  *fhm@avhlaw.com*<br>Jonathan A. Harris  *jah@avhlaw.com*<br>Matthew J. Becker  *mjb@avhlaw.com*<br>James Mahanna  *jxm@avhlaw.com*<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06130-3702<br>*Attorneys for Defendant Actavis South Atlantic LLC* |
| John C. Phillips, Jr.  *jcp@pgslaw.com*<br>Brian E. Farnan  *bef@pgslaw.com*<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Attorneys for Barr Laboratories, Inc.* | George Lombardi  *glombardi@winston.com*<br>Samuel S. Park  *spark@winston.com*<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL. 60601-9703<br>*Attorneys for Attorneys for Barr Laboratories, Inc.* |

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

John W. Shaw (#3362) *[jshaw@ycst.com]*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Karen E. Keller (#4489) *[kkeller@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Mark D. Schuman
Jeffer Ali
Samuel T. Lockner
Sarah M. Stensland
CARLSON CASPERS VANDENBURGH & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402
Telephone : 612-436-9600