IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 07-552-SLR <br> (CONSOLIDATED) |
| ELAN CORPORATION PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br> v. <br><br> INTELLIPHARMACEUTICS CORP., INTELLIPHARMACEUTICS LTD., and PAR PHARMACEUTICAL, INC. <br><br> Defendants. | C.A. No. 07-603-SLR |
| ELAN CORPORATION PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | C.A. No. 07-679-SLR |
| ELAN CORPORATION PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 07-736-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 25, 2008, copies of *Teva Pharmaceuticals USA, Inc.'s Response to Elan's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)* were served upon the below-listed counsel in the manner indicated:

### *By Electronic Mail, Confirmation by Overnight Courier*

Jack B. Blumenfeld  *[jblumenfeld@mnat.com]*
Maryellen Noreika  *[menefiling@mnat.com]*
Richard J. Bauer  *[rbauer@mnat.com]*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
PO Box 1347
Wilmington, DE 19899
*Attorneys for Plaintiffs Elan Corporation plc and Elan Pharma International Ltd.*

John C. Phillips, Jr.  *[JCP@pgslaw.com]*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806

Samuel S. Park  *[spark@winston.com]*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL. 60601-9703
*Attorneys for Barr Laboratories, Inc.*

Frederick L. Cottrell, III  *[cottrell@rlf.com]*
Steven J. Fineman  *[fineman@rlf.com]*
RICHARDS, LAYTON & FINGER
One Rodney Square
PO Box 551
Wilmington, DE 19899

James K. Stronski  *[jstronski@flhlaw.com]*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.*

David J. Margules  *[dmargules@bmf-law.com]*
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Francis H. Morrison, III  *[FHM@avhlaw.com]*
Matthew J. Becker  *[MJB@avhlaw.com]*
Andrea L. Johnson  *[ALJ@avhlaw.com]*
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06130-3702

*Attorneys for Defendant Actavis South Atlantic LLC*

I further certify that on August 26, 2008, I caused a copy of this Notice of Service to be served on the below-listed counsel of record in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld    *jblumenfeld@mnat.com*<br>Maryellen Noreika    *mnoreika@mnat.com*<br>Richard J. Bauer    *rbauer@mnat.com*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PO Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Plaintiffs Elan Corporation plc*<br>*And Elan Pharma International Ltd.* | |
| Frederick L. Cottrell, III    *cottrell@rlf.com*<br>Steven J. Fineman    *fineman@rlf.com*<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE  19899<br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* | James K. Stronski    *jstronski@flhlaw.com*<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* |

| | |
|---|---|
| David J. Margules   *dmargules@bmf-law.com*<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Defendant Actavis South Atlantic LLC* | Francis H. Morrison, III   *FHM@avhlaw.com*<br>Matthew J. Becker   *MJB@avhlaw.com*<br>Andrea L. Johnson   *ALJ@avhlaw.com*<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06130-3702<br>*Attorneys for Defendant Actavis South Atlantic LLC* |
| John C. Phillips, Jr.   *JCP@pgslaw.com*<br>Brian E. Farnan   *BEF@pgslaw.com*<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Attorneys for Barr Laboratories, Inc.* | George Lombardi   *glombardi@winston.com*<br>Samuel S. Park   *spark@winston.com*<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL. 60601-9703<br>*Attorneys for Attorneys for Barr Laboratories, Inc.* |

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

John W. Shaw (#3362) *[jshaw@ycst.com]*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Karen E. Keller (#4489) *[kkeller@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Mark D. Schuman
Jeffer Ali
Samuel T. Lockner
Sarah M. Stensland
CARLSON CASPERS VANDENBURGH & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402
Telephone : 612-436-9600

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 26, 2008, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to following the counsel of record:

| | |
|---|---|
| **Jack B. Blumenfeld** | jbbefiling@mnat.com |
| **Maryellen Noreika** | menefiling@mnat.com |
| **Richard John Bauer** | rbauer@mnat.com |
| **Frederick L. Cottrell, III** | cottrell@rlf.com |
| **Steven J. Fineman** | fineman@rlf.com |
| **David J. Margules** | dmargules@BMF-law.com |
| **Francis H. Morrison** | fhm@avhlaw.com |
| **James Mahanna** | jxm@avhlaw.com |
| **Jeremony C. Lowe** | JCL@avhlaw.com |
| **Jonathan A. Harris** | JAH@avhlaw.com |
| **Matthew J. Becker** | mjb@avhlaw.com |
| **John C. Phillips, Jr.** | jcp@pgslaw.com |

I further certify that on August 26, 2008, I caused a copy of the foregoing document to be served on the below-listed counsel of record in the manner indicated:

**BY E-MAIL**

| |
|---|
| Jack B. Blumenfeld        *jblumenfeld@mnat.com*<br>Maryellen Noreika          *mnoreika@mnat.com*<br>Richard J. Bauer                *rbauer@mnat.com*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PO Box 1347<br>Wilmington, DE 19899<br><br>*Attorneys for Plaintiffs Elan Corporation plc*<br>*And Elan Pharma International Ltd.* |

| | |
|---|---|
| Frederick L. Cottrell, III    *cottrell@rlf.com*<br>Steven J. Fineman    *fineman@rlf.com*<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE  19899<br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* | James K. Stronski    *jstronski@flhlaw.com*<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>*Attorneys for Defendants Intellipharmaceutics Corp., Intellipharmaceutics Ltd. and Par Pharmaceuticals Inc.* |
| David J. Margules    *dmargules@bmf-law.com*<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Defendant Actavis South Atlantic LLC* | Francis H. Morrison, III    *fhm@avhlaw.com*<br>Jonathan A. Harris    *jah@avhlaw.com*<br>Matthew J. Becker    *mjb@avhlaw.com*<br>James Mahanna    *jxm@avhlaw.com*<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06130-3702<br>*Attorneys for Defendant Actavis South Atlantic LLC* |
| John C. Phillips, Jr.    *jcp@pgslaw.com*<br>Brian E. Farnan    *bef@pgslaw.com*<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Attorneys for Barr Laboratories, Inc.* | George Lombardi    *glombardi@winston.com*<br>Samuel S. Park    *spark@winston.com*<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL. 60601-9703<br>*Attorneys for Attorneys for Barr Laboratories, Inc.* |

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

John W. Shaw (#3362) *[jshaw@ycst.com]*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Karen E. Keller (#4489) *[kkeller@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

OF COUNSEL:

Telephone:  302-571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

Mark D. Schuman
Jeffer Ali
Samuel T. Lockner
Sarah M. Stensland
CARLSON CASPERS VANDENBURGH & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402
Telephone : 612-436-9600